**2013–1129. State v. Griffin.**
Montgomery App. No. 24001, 2013-Ohio-2230. Discretionary appeal accepted and cause consolidated with case No. 2013–1319, *State v. Griffin*, 2d Dist. Montgomery No. 24001, 2013-Ohio-2230.
PFEIFER, Acting C.J.

O'DONNELL, J., dissents.
O'CONNOR, C.J., not participating.